UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GOMEZ, et al.,<br><br>　　　　　　　　　　　　Plaintiffs,<br><br>　- *against* -<br><br>SURESH & SOORAJ CORP., et al.,<br><br>　　　　　　　　　　　　Defendants. | 16CV9006 (LMS)<br><br>ORDER |

Lisa Margaret Smith, U.S.M.J.

　　　In this Fair Labor Standards Act case, counsel for the parties submitted their proposed settlement agreement documents for the Court's approval in accordance with Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015), and the Court held a teleconference on June 30, 2017, to discuss the terms thereof. The parties thereafter revised the settlement agreement documents as directed by the Court and resubmitted them for the Court's approval. See Docket ## 28-30. Having reviewed the revised settlement agreement documents, the Court finds that the settlement is fair and reasonable. Accordingly, the settlement is approved.

　　　In light of the Court's approval of the settlement, the Court hereby dismisses the action with prejudice, but it shall retain jurisdiction over the enforcement of the settlement agreement.

　　　The Clerk of the Court is directed to terminate the motions at Docket ## 29-30.

Dated: October 20, 2017
　　　　White Plains, New York

　　　　　　　　　　　　　　　　　　SO ORDERED,

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　Lisa Margaret Smith
　　　　　　　　　　　　　　　　　　United States Magistrate Judge
　　　　　　　　　　　　　　　　　　Southern District of New York